# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff-in-Interpleader,<br><br>vs.<br><br>AVIS HENRY, KESI HENRY, NICHOLAS HENRY, AND ALEXIS HENRY,<br><br>　　　　Defendants-in-Interpleader. | Case No. 5:18-cv-00344-PA-SHK<br><br>(Honorable Percy Anderson)<br><br>**ORDER GRANTING STIPULATION OF THE PARTIES FOR:**<br><br>1. **PERMANENT INJUNCTION;**<br>2. **RECOVERY OF COSTS;**<br>3. **DISTRIBUTION OF FUNDS;**<br>4. **DISCHARGE OF UNIMERICA LIFE INSURANCE COMPANY; AND**<br>5. **DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Filed Concurrently With Stipulation]<br><br>Complaint Filed:　February 15, 2018 |

# ORDER

Having reviewed the parties' Stipulation and for good cause appearing, THE COURT HEREBY ORDERS AS FOLLOWS:

1. That the parties' Stipulation is the Order of the Court and that Unimerica Life Insurance Company ("Unimerica") shall be discharged of any and all liability with respect to the Group Supplemental Life, Accidental Death, and Dismemberment Policy, policy number 302292, issued by Unimerica to Los Angeles Police Relief Association, Inc., which insured the life of Floyd Henry (the "Policy") and/or Policy's proceeds at issue and with respect to any and all claims that Avis Henry ("Avis"), Kesi Henry ("Kesi"), Nicholas Henry ("Nicholas"), and Alexis Henry ("Alexis") (hereinafter, "Defendants-in-Interpleader") may have regarding the Policy and/or the Policy's proceeds;

2. That Defendants-in-Interpleader and their respective agents, attorneys, heirs, and/or assigns shall be enjoined and perpetually restrained from instituting any suit at law or equity, or action of any kind whatsoever, against Unimerica and/or its parent companies, subsidiary companies, agents, affiliates, representatives or attorneys with respect to the Policy and/or the Policy's proceeds;

3. That Unimerica be awarded the sum of $546.20 as its reasonable costs incurred in this action, to be deducted from the Policy's proceeds on deposit with the Court. The check should be made payable to "Unimerica Life Insurance Company" and mailed to its counsel of record in this action: Attention: Vivian I. Orlando, Esq., Hinshaw & Culbertson LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071;

4. That the remaining balance of the Policy's proceeds on deposit with the Court shall be distributed to Alexis, Nicholas, and Kesi by checks made payable as follows:

- A check in the amount of $4,151.27 should be made payable to "Alexis Henry" and mailed to Alexis Henry, 1355 Bannock Street, Beaumont, CA 92223;
- A check in the amount of $4,151.27 should be made payable to "Nicholas Henry" and mailed to Nicholas Henry, 65 Canyon Street, Richland, WA 99352;
- A check for the remainder of the sum on deposit ($4,151.26) plus any interest that accrued since the date of deposit with the court should be made payable to "Kesi Henry" and mailed to Kesi Henry, 11718 Avalon Blvd, Los Angeles, CA 90061; and

5. That this entire action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 16, 2018

HONORABLE PERCY ANDERSON
Judge, United States District for the Central District of California

3